IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MONDREA VINNING EL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:03-cv-203-MJR |
| | ) |
| L. GROSS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court for the purposes of docket control.  On May 9, 2005, District Judge Michael J. Reagan granted a motion filed by Defendant Roger Cowan to file his answer instanter.  To date, no such answer has been filed.

In addition, none of the other Defendants have filed an answer in this case.  On September 7, 2005, Judge Reagan issued an order which dismissed Count II of the Plaintiff's complaint but which did not dismiss Count I.  The order also specifically stated that no defendant had been dismissed from the case.  As such, the Defendants had 10 days from notification of that order in which to file an answer.  See FEDERAL RULE OF CIVIL PROCEDURE 12(a)(4)(A).  And yet, no such answers have been filed.

It is clear that the Defendants are participating in this lawsuit and that the failure to file answers appears to be inadvertent.  Nonetheless, answers must be filed.  The Defendants **SHALL** file their answers by **January 12, 2006.**

**DATED: January 5, 2006**

s/ Donald G. Wilkerson
**DONALD G. WILKERSON**
**United States Magistrate Judge**
